IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL A. FORSHEY, | § | |
| | § | No. 355, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1301020575 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 7, 2018
Decided: February 8, 2018

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

# **O R D E R**

This 8th day of February 2018, the Court, having considered the record below and the briefs filed by the parties, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its August 15, 2017 Order adopting the Commissioner's June 19, 2017 Report and Recommendation.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *State v. Forshey*, 2017 WL 6948352 (Del. Super. Ct. June 19, 2017), *adopted by* Nos. 1301011904, 1301020575 (Del. Super. Ct. Aug. 5, 2017).